United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    VALTRUS INNOVATIONS, LTD.,                Case No.  25-cv-07063-PCP

Plaintiff,
8

**RE-ASSIGNMENT ORDER**
9          v.
Re: Dkt. Nos. 236, 238, 239, 253
10   GOOGLE LLC,

Defendant.
11

12          This matter has been related to *Valtrus Innovations, Ltd. v. Google LLC*, No. 25-cv-06259-

13   PCP, and reassigned to the Honorable P. Casey Pitts. Pursuant to Civil Local Rule 3-12(g), the

14   Court orders the parties to re-notice all pending motions. The Court further orders that the case

15   management conference be moved to December 18, 2025 at 1:00pm in Courtroom 8, 4th Floor,

16   United States Courthouse, 280 South 1st Street, San José, CA 95113.

17          The parties shall file a joint case management statement in compliance with this Court's

18   standing order for civil cases and the standing order for all judges of the Northern District of

19   California by no later than December 11, 2025. The statement shall include a list of all pending

20   motions that require resolution by the Court, including a short description of each motion, the

21   motion's docket number, and whether the motion is opposed.

22          **IT IS SO ORDERED.**

23   Dated: September 18, 2025

24

25   _____

26   P. Casey Pitts
United States District Judge

27

28