HOGAN LOVELLS US LLP
David Perlson (Bar No. 209502)
Antonio Sistos (Bar No. 238847)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
415-374-2412 (Telephone)
415-374-2499 (Facsimile)

Attorneys for Defendant
GOOGLE LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:25-cv-07063-PCP<br>Consolidated with **3:24-cv-01795-L (N.D. Tex.)**<br><br>**DEFENDANT GOOGLE LLC'S RE-NOTICE OF MOTIONS PURSUANT TO THE COURT'S REASSIGNMENT ORDER (DKT. 310)**<br><br>Judge: Hon. P. Casey Pitts<br><br>Mag. Judge: Hon. Nathanael M. Cousins<br><br>Hearing: December 18, 2025, at 10:00 a.m. |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT GOOGLE LLC'S RE-NOTICE OF MOTIONS PURSUANT TO THE COURT'S REASSIGNMENT ORDER (DKT. 310); CASE NO. 5:25-cv-07063

## RE-NOTICE OF MOTIONS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to the Court's Reassignment Order (Dkt. 310), Defendant Google LLC ("Google") hereby re-notices the following motions for a hearing on December 18, 2025 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 8 at the Robert F. Peckham Courthouse, located at 280 South First Street, San José, CA, 95113, before the Honorable P. Casey Pitts:

- Google's Motion Dismiss Plaintiff Valtrus Innovations Ltd.'s Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 236);

- Google's Motion to Dismiss Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Limited's First Amended Complaint filed in consolidated case *Valtrus Innovations Ltd. and Key Patent Innovations Limited v. Google LLC*, Case No. 3:24-cv-01795-L (Dkt. 53); and

- Google's Motion for Leave to Supplement Claim Construction Briefing[1] (Dkt. 239).

The motions were previously filed in the Northern District of Texas before the case was transferred (Dkt. 297) and reassigned to this Court (Dkt. 309). The motions are based on the memoranda and points of authorities Google filed with each motion, any reply memorandum; the pleadings and files in this action; and such other matters Google may present at or before the hearing.

---

[1] Google has re-noticed its Motion for Leave to Supplement Claim Construction Briefing (Dkt. 239) pursuant to the Court's Reassignment Order. Dkt. 310. Google, however, believes that its Motions to Dismiss also re-noticed herein, and its Motion to Dismiss for lack of standing (Dkt. 321) filed September 30, 2025, raise threshold issues that should be decided before and, could moot, its Motion for Leave (and claim construction more generally).

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANT GOOGLE LLC'S RE-NOTICE OF MOTIONS PURSUANT TO THE COURT'S REASSIGNMENT ORDER (DKT. 310); CASE NO. 5:25-cv-07063

Respectfully submitted,

*/s/ David Perlson*

David A. Perlson
Antonio Sistos
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
(415) 374-2300 (Telephone)
(415) 374-2499 (Facsimile)

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

DEFENDANT GOOGLE LLC'S RE-NOTICE OF MOTIONS PURSUANT TO THE COURT'S
REASSIGNMENT ORDER (DKT. 310); CASE NO. 5:25-cv-07063