**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:25-cv-07063-PCP<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF (DKT. 337)** |

Before the Court is Defendant Google LLC's ("Google") Administrative Motion for Leave to File Supplemental Brief Regarding Its Motion to Dismiss First Amended Complaint Under the Rule Against Claim Splitting or the Doctrine of Duplicative Litigation (Dkt. 337). The Court DENIES Google's Administrative Motion for failure to establish good cause.

The Court further ORDERS that Google's Motion to Dismiss First Amended Complaint Under the Rule Against Claim Splitting or the Doctrine of Duplicative Litigation Pursuant to Federal Rule of Civil Procedure 12(b)(6), which Google filed in Northern District of Texas Case No. 3:24-cv-01795-S (now consolidated with the above-captioned action), is hereby DENIED AS MOOT.

IT IS SO ORDERED.

Dated:

______________________________
The Honorable P. Casey Pitts
United States District Judge