**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

VALTRUS INNOVATIONS, LTD. and KEY PATENT INNOVATIONS LIMITED,

Plaintiffs,

v.

GOOGLE LLC,

Defendant

Case No. 5:25-cv-07063-PCP
Consolidated with 3:24-cv-01795-L (N.D. Tex.)

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Judge: Hon. P. Casey Pitts

For good cause shown, the Court grants Defendant Google LLC's Administrative Motion for Leave to File Supplemental Brief Regarding its Motion to Dismiss First Amended Complaint Under the Rule Against Claim Splitting or the Doctrine of Duplicative Litigation. Defendant shall file its Supplemental Brief in the form previously submitted as Exhibit A to its Motion for Leave within three (3) days of this Order.

**IT IS SO ORDERED.**

Dated: November 12, 2025

HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE